IN RE: Timothy D. WILLIAMS

99–426                                            992 S.W.2d 803

Supreme Court of Arkansas
Opinion delivered June 25, 1999

P ER CURIAM. ▮    Mr. Timothy D. Williams appeared
on June 24, 1999, in response to this court's per curiam
order of May 20, 1999, wherein the court requested Mr. Williams
to show cause why he should not be held in contempt. The per
curiam referenced the petition of the Professional Conduct Com-
mittee, which stated Mr. Williams's license to practice law had
been suspended on February 2, 1999, and the Committee further
alleged that Mr. Williams had failed to comply with the proce-
dures required of an attorney during his suspension. Mr. Williams
entered a plea of not guilty to the specified charges and requested
a hearing. The court hereby appoints attorney at law Scott Staf-
ford as master in this matter and directs that he set an early hearing
date to permit the Professional Conduct Committee and Mr. Wil-
liams the opportunity to present their respective charges and
defenses. The court further requests that the master file his find-
ings on or before Tuesday, July 13, 1999. The parties may file
simultaneous briefs on or before Friday, July 16, 1999, and reply
briefs, if desired, on or before 5:00 p.m., Monday, July 19, 1999.